

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00486-CV

Joe **MARTINEZ,**
Appellant

v.

Avelina **MARTINEZ,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI00183
Honorable Nicole Garza, Judge Presiding

# O R D E R

The filing fee of $205.00, which was due from appellant Joe Martinez when this appeal was filed, has not been paid. The clerk of this court notified appellant of this deficiency in a letter dated November 4, 2021 and stated the fee must be remitted no later than November 18, 2021. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Appellant also has not filed a docketing statement, although the clerk of this court also notified appellant of these deficiencies and required corrective action by November 18, 2021.

We therefore ORDER appellant, **not later than January 4, 2022**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be

dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant is FURTHER ORDERED to file a docketing statement **not later than January 4, 2022**.

The clerk's record was originally due on December 20, 2021. On December 21, 2021, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than January 4, 2022** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court